IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER POOL MANAGEMENT CORP, a Nevada corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>FRANKLIN DEAN LUSK, an individual,<br><br>        Defendant.* | 2:11-cv-02896-GEB-CKD<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        Plaintiff's counsel was issued an Order to Show Cause ("OSC") on February 17, 2012, for failing to file a status report, to which he responded. See ECF Nos. 7, 11. Although Mark Leonard's Declaration reveals he could be sanctioned, I will not impose a sanction this time.

        Further, Mr. Leonard's Declaration indicates this case should not be scheduled at this time. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 23, 2012, is continued to July 9, 2012, at 9:00 a.m. A further status report shall be filed no later than fourteen (14) days prior to the Status Conference in

---

    * The caption has been amended according to Plaintiff's Dismissal of Defendant Jason Lusk dba Smartproseo filed on February 17, 2012. See ECF No. 8.

1 | which Plaintiff is required to explain the status of the default
2 | proceedings.
3 |         IT IS SO ORDERED.
4 | Dated:  April 12, 2012

```
                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge
```