IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PREMIER POOL MANAGEMENT CORP.,

       Plaintiff,                      No. CIV S-11-2896 GEB CKD

     vs.

FRANKLIN DEAN LUSK et al.,              <u>ORDER</u>

       Defendants.

_____/

        Presently pending before the court is plaintiff's motion for default judgment.[1] (Dkt. No. 12.) The motion was previously submitted on the record without oral argument. Plaintiff's motion includes a request for costs and attorneys' fees. In his declaration in support of the motion, plaintiff's counsel indicates that he spent in excess of 36 hours on this case, and that the total value of that time, based upon his hourly rate, is in excess of $10,440. He also claims that the total amount of expenses incurred by his client is $1,754.87. (Dkt. No. 12-3, ¶ 7.) However, plaintiff's counsel fails to attach billing records showing a breakdown of the hours spent on various activities or receipts/invoices for the costs incurred.

        Accordingly, plaintiff's counsel will be required to file a supplemental declaration that, at a minimum: (a) provides counsel's applicable billing rate(s); (b) attaches billing records

---

[1] This action is before the undersigned pursuant to E.D. Cal. L.R. 302(c)(19) and 28 U.S.C. § 636(b)(1).

1  and/or other appropriate documentation from which the court can determine how much time was
2  spent on various activities and whether the time spent was reasonable; (c) attaches receipts or
3  invoices for the costs related to this action incurred by plaintiff; and (d) provides the authority
4  pursuant to which each item of costs may be recovered.

5        This order is issued merely to allow for supplementation of the record before the
6  court and shall not be construed as final findings and recommendations with respect to plaintiff's
7  entitlement to its attorneys' fees and costs, or as to the merits of plaintiff's claims.

8        Accordingly, IT IS HEREBY ORDERED THAT, within seven (7) days of this
9  order, plaintiff's counsel shall file a supplemental declaration that, at a minimum: (a) provides
10 counsel's applicable billing rate(s); (b) attaches billing records and/or other appropriate
11 documentation from which the court can determine how much time was spent on various
12 activities and whether the time spent was reasonable; (c) attaches receipts or invoices for the
13 costs related to this action incurred by plaintiff; and (d) provides the authority pursuant to which
14 each item of costs may be recovered.

15 Dated: April 25, 2012

16 _____
17 CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

21 CKD/5
22 PremierPool.2896.suppl.wpd